**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DIA-DEN LTD. | § | CASE NO. 15-32626-H4-11 |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |
| | § | |
| | § | Judge Bohm |

**<u>NOTICE OF HEARING</u>**
**[Relates to Docket No. 4 &5]**

Please take notice that the Court will conduct a hearing on Dia-Den Ltd.'s (i) Emergency

Motion to Reduce Time for Non-Governmental Entities to File Proofs of Claims [Doc. #4] and (ii)

Emergency Motion to Provide Adequate Protection Payments to Secured Lender [Doc. #5] on May

15, 2015, at 10:00 a.m., in Courtroom 600, 515 Rusk, 6th Floor, Houston, Texas.

DATED: May 8, 2015

Respectfully submitted,

*/s/ T. Josh Judd*

By:_____
          EDWARD L. ROTHBERG
          State Bar No. 17313990
          T. JOSH JUDD
          State Bar No. 24036866
          Galleria Tower II
          5051 Westheimer, Suite 1200
          Houston, Texas 77056
          Telephone: 713.977.8686
          Facsimile:  713.977.5395
          PROPOSED ATTORNEYS FOR DIA-DEN LTD.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Notice of Hearing was forwarded to the following parties by first class mail, postage prepaid, and the Court's notification system on May 8, 2015.

*/s/ T. Josh Judd*

T. JOSH JUDD

**15-32626 Notice will be electronically mailed to:**

T. Josh Judd on behalf of Debtor Dia-Den Ltd.
judd@hooverslovacek.com,
bankruptcy1@hooverslovacek.com,mayle@hooverslovacek.com,welborn@hooverslovacek.com

Edward L Rothberg on behalf of Debtor Dia-Den Ltd.
rothberg@hooverslovacek.com,
mayle@hooverslovacek.com,bankruptcy1@hooverslovacek.com,ray@hooverslovacek.com;hsllp
bankruptcy@gmail.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Label Matrix for local noticing
0541-4
Case 15-32626
Southern District of Texas
Houston
Fri May  8 15:29:29 CDT 2015

Dia-Den Ltd.
6111 Windrose Hollow Lane
Spring, TX 77379-8906

United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Charles L. Johnson
13322 Hampton Bend Ln.
Houston, TX 77070-3483

Cushman & Wakefield of Texas, Inc.
c/o Beau Kaleel
1330 Post Oak Blvd., Suite 2700
Houston, TX 77056-3054

Dennis W. Abrahams
6111 Windrose Hollow Lane
Spring, TX 77379-8906

Dianne V. Abrahams
6111 Windrose Hollow Lane
Spring, TX 77379-8906

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Joe Epstein
Winstead PC
600 Travis St., Suite 1100
Houston, TX 77002-3030

Orsak Zidall & Roberston PLLC
520 Post Oak Blvd., Suite 400
Houston, TX 77027-9405

PJJ Inc.
6111 Windrose Hollow Lane
Spring, TX 77379-8906

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
Bankruptcy Section
P O Box 149080
Austin, TX 78714-9080

Thorton Farish Inc.
3500 Eastern Blvd, Suite 210
Montgomery, AL 36116-1781

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Wells Fargo Bank, N.A.
c/o Winstead P.C.
Attn: Mike Hilliard
600 Travis Street, Suite 1100
Houston, TX 77002-3030

Wells Fargo Bank, N.A.
c/o Winstead PC
Attn: Michael Willard
600 Travis, Suite 1100
Houston, TX 77002-3030

Wells Fargo Corporate Trust Services
WF 8113
PO Box 8113
Minneapolis, MN 55408-0113

Edward L Rothberg
Hoover Slovacek, LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056-5839

T. Josh Judd
Hoover Slovacek, LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056-5839

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency Section
1919 Smith MAIL STOP HOU 5022
Houston, TX 77002

Texas Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774-0001

End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19