

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/16/2015

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| DIA-DEN LTD. | § | CASE NO. 15-32626-H4-11 |
| | § | |
| DEBTOR. | § | CHAPTER 11 CASE |
| | § | |
| | § | Judge Bohm |

## ORDER GRANTING AGREED MOTION TO DISMISS CHAPTER 11 CASE
[RELATES TO DOC. # 30 ]

THIS MATTER came before the Court on June 16, 2015, upon the Motion by Dia-Den Ltd ("Debtor") to Dismiss the Case Pursuant to 11 U.S.C. §1112(b) (the "Motion"). The Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having considered the Motion, the evidence offered in support of the Motion; and after due and proper notice having been granted to all parties entitled to notice of the Motion, the Court is of the opinion that the Motion should be GRANTED.  It is therefore

ORDERED that this case is dismissed. It is further

OREDER that within five (5) business days of entry of this order, the Debtor shall pay the following claims:

| | | |
| --- | --- | --- |
| i. | Charles Johnson | $3,000.00 |
| ii. | Orsak Zidall & Roberstson | $6,755.00 |
| iii. | Thorton Farish, Inc. | $ 924.00 |
| iv. | Wells Fargo Corporate Trust | $1,500.00 |
| v. | U.S. Trustee Fees (for 3rd quarter 2015) | $ 325.00 |

Signed this 16th day of June, 2015

Jeff Bohm,
United States Bankruptcy Judge

{851224-00001 TJJ 6/4/2015 00969945.DOCX 1}